**Order entered April 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01653-CV

**THE CITY OF PLANO, Appellant**

**V.**

**THE POE LIVING TRUST, MARCUS POE TRUSTEE, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-04259-2011**

## ORDER

The Court has before it appellant's April 9, 2013 motion to extend time to file its reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by April 18, 2013.

/s/     ELIZABETH LANG-MIERS
        JUSTICE